IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3115 |
| | ) | |
| v. | ) | |
| | ) | |
| LAMONT GILLHAM, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The parties' oral motion to continue is granted, and the evidentiary hearing on defendant's motion to suppress will be held before the undersigned on March 4, 2010 beginning at 1:30 p.m.in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

DATED this 9th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge